ROOSEVELT HOBBS, SR. v. FOOD FAIR STORES.

July 13, 1983.

Petition for certification denied.

STEPHEN LORD VAN CLINE v. STEPHEN APOLLO.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT JOY.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM T. BOLAND, JR.

July 13, 1983.

Petition for certification denied.